DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL RODRIGUEZ-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff*, <br> v. <br> RAUL RODRIGUEZ-HERNANDEZ, <br> *Defendant*. | NO. 1:05-CR-0490 AWI <br><br> STIPULATION TO CONTINUE CHANGE OF PLEA HEARING, AND ORDER THEREON <br><br> Date: April 17, 2006 <br> Time: 9:00 a.m. <br> Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the change of plea hearing in the above-entitled matter now set for March 20, 2006, may be continued to **April 17, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for further investigation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: March 16, 2006 | By: /s/  Marianne A. Pansa<br>DAVID L. GAPPA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Acting Federal Defender |
| DATED: March 16, 2006 | By: /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>Raul Rodriguez-Hernandez |

**ORDER**

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:    March 17, 2006**              /s/ **Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order - Rodriguez-Hernandez          2